IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CRYSTAL LYNNE NEWSOME,

    Petitioner,

v.                                                        4:12cv251-WS/CAS

WARDEN OF FCI TALLAHASSEE,

    Respondent.

_____

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

    Before the court is the magistrate judge's report and recommendation docketed May 18, 2015.  See Doc. 20.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied.  The petitioner has filed no objections to the report and recommendation.

    Having considered the matter, this court has determined that the case should be dismissed.  The petitioner filed this habeas action in early 2012 in the United States District Court for the Northern District of South Carolina.  The petitioner challenged the execution of her sentence, asserting that the Bureau of Prisons

("BOP") denied her full credit for time served in state custody. The case was transferred to this court by order entered May 17, 2012.

As noted by the magistrate judge, BOP's website reveals that the petitioner was released from custody on December 21, 2012. Since that time, she has not filed any pleadings or otherwise inquired into the status of her case, and mail sent to her from the court has been returned as "undeliverable." Under these circumstances, the case is likely now moot and, in any event, should be dismissed for failure to prosecute.

Accordingly, it is ORDERED:

1. The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is hereby DISMISSED.

2. The clerk is directed to enter judgment stating: "Petitioner Newsome's petition for writ of habeas corpus (doc. 1) is DISMISSED for failure to prosecute."

DONE AND ORDERED this   17th   day of   June  , 2015.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE